HELEN McCarthy, Respondent, *v.* Daniel J. McCarthy, Appellant.
Daniel J. McCarthy, Appellant, *v.* Helen McCarthy, Respondent. (Consolidated Action.)

Argued April 28, 1955; decided June 10, 1955.

*G. Lester W. Curry* for appellant.

*Alfred E. Santangelo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES INDIVIGLIO, Defendant, and ANTHONY C. RICCO, Appellant.

Argued April 25, 1955; decided June 10, 1955.